# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
info@chapter13milwaukee.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

August 18, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: DBTR: CHARLES HIBBLER JR.
    CASE NO: 05-20956-SVK

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056921 which replaces check # 1041955 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE




cc: file

|  |  | 1041955 |
|---|---|---|
|  |  | 4/15/2009 |

One Hundred Dollars and No Cents						100.00

DEBTOR							VOID VOID VOID
CHARLIE HIBBLER JR AND ELMA MARIE HIBBLER
3521 WEST GLENDALE AVENUE				VOID VOID VOID

MILWAUKEE,WI  53209-5921				VOID VOID VOID

| Case No. Clm | Debtor Name | Your Account No. | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|
| 05-20956-SVI7770-0 | CHARLIE HIBBLER JR | | 100.00 | | 100.00 |

